UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FIDLER, individually, as heir and mother of ANGELA DAVENPORT RAMIREZ, Decedent, and RITO H. RAMIREZ, as heir and father of ANGELA DAVENPORT RAMIREZ, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>SAN MATEO COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | No. C-04-1404 SC<br><br>ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF PERSONNEL FILES |

The Court will not compel the production of the personnel files which are the subject of the instant motion. After an <u>in camera</u> review, the Court finds nothing in the personnel files of Defendants Daren Schofield, Lillian Johnson, Mahesh Khilnani and Rosemary Taylor that is relevant to the issues presented in this case. Because they are not relevant, the Court need not rule on whether these documents are protected by the qualified privilege for official information.

Plaintiffs' motion to compel the production of Defendants' personnel files is DENIED.

IT IS SO ORDERED.

Dated: December 20, 2005

_____
UNITED STATES DISTRICT JUDGE