SAN MATEO COUNTY COUNSEL
DEBORAH PENNY BENNETT, Deputy (SBN 72282)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662
Tel: (650) 363-4746
Fax: (650) 363-4034

DAVID A. LEVY (SBN 77181)
MELISSA M. HOLMES (SBN 220961)
LAW OFFICES OF DAVID A. LEVY
800 AIRPORT BOULEVARD, SUITE 314
BURLINGAME, CA 94010
Tel: (650) 524-0440
Fax: (650) 348-1400

RICHARD S. LINKERT (SBN 88756)
MATHENY, SEARS, LINKERT & LONG
3683 American River Drive
SACRAMENTO, CA 95864
Tel: (916) 978-3434
Fax: (916) 978-3430

Attorneys for Defendants COUNTY OF SAN MATEO,
a public entity, erroneously sued as SAN MATEO COUNTY
SHERIFF'S OFFICE and SAN MATEO COUNTY WOMEN'S
CORRECTIONAL FACILITY, and SHERIFF DON HORSLEY,
DEPUTY DAREN SCHOFIELD, CORRECTION OFFICER
LILLIAN JOHNSON, NOMALEE TILMAN, ROSEMARY
TAYLOR, and MAHESH KHILNANI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA FIDLER, et al., | ) | Case No. C04-1404 SC |
| | ) | |
| Plaintiffs, | ) | **STIPULATION RE; DISMISSAL OF** |
| | ) | **INDIVIDUAL DEFENDANTS SHERIFF** |
| vs. | ) | **DON HORSLEY, DEPUTY DAREN** |
| | ) | **SCHOFIELD, CORRECTION** |
| SAN MATEO COUNTY SHERIFF'S | ) | **OFFICER LILIAN JOHNSON,** |
| OFFICE, et al., | ) | **NOMALEE TILMAN, ROSEMARY** |
| | ) | **TAYLOR AND MAHESH KHILNANI;** |
| Defendants. | ) | **ORDER THEREON** |

Case No. C04-1404  SC                                      -1-
STIPULATION RE: DISMISSAL OF INDIVIDUAL DEFENDANTS SHERIFF DON HORSLEY, DEPUTY DAREN
SCHOFIELD, CORECTION OFFICER LILIAN JOHNSON, NOMALEE TILMAN, ROSEMARY TAYLOR AND
MAHESH KHILNANI; ORDER THEREON

IT IS HEREBY STIPULATED by and between plaintiffs LISA FIDLER and RITO RAMIREZ and Defendants that the Court may order the dismissal of Defendants SHERIFF DON HORSLEY, DEPUTY DAREN SCHOFIELD, CORRECTIONAL OFFICER LILIAN JOHNSON, NOMALEE TILMAN, ROSEMARY TAYLOR AND MAHESH KHILNANI, and that such dismissal is with prejudice. It is further stipulated that the parties will bear their own costs and attorneys fees.

Dated: January 6, 2005

By: /S/
RANDALL SCARLETT
CAL POTTER
KEVIN MCLEAN
Attorneys for Plaintiffs

Dated: January 4, 2006

By: /S/
DAVID A. LEVY
MELISSA M. HOLMES
DEBORAH PENNY BENNETT
RICHARD S. LINKERT
Attorneys for Defendants

**ORDER**

Good Cause appearing therefore, it is so ordered.

Dated: January 6, 2006

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Samuel Conti, United States District Court, Northern District of California]

L:\LITIGATE\F_CASES\Fidler\Stipulation for Dismissal of Individual Defts (12-23-05).doc

Case No. C04-1404 SC                                                           -2-
STIPULATION RE: DISMISSAL OF INDIVIDUAL DEFENDANTS SHERIFF DON HORSLEY, DEPUTY DAREN SCHOFIELD, CORECTION OFFICER LILIAN JOHNSON, NOMALEE TILMAN, ROSEMARY TAYLOR AND MAHESH KHILNANI; ORDER THEREON