```
 1  SAN MATEO COUNTY COUNSEL
    DEBORAH PENNY BENNETT, Deputy (SBN 72282)
 2  400 COUNTY CENTER
    REDWOOD CITY, CA 94063-1662
 3  Tel: (650) 363-4746
    Fax: (650) 363-4034
 4
    DAVID A. LEVY (SBN 77181)
 5  MELISSA M. HOLMES (SBN 220961)
    LAW OFFICES OF DAVID A. LEVY
 6  800 AIRPORT BOULEVARD, SUITE 314
    BURLINGAME, CA  94010
 7  Tel: (650) 524-0440
    Fax: (650) 348-1400
 8
    RICHARD S. LINKERT (SBN 88756)
 9  MATHENY, SEARS, LINKERT & LONG
    3683 American River Drive
10  SACRAMENTO, CA 95864
    Tel: (916) 978-3434
11  Fax: (916) 978-3430

12  Attorneys for Defendants COUNTY OF SAN MATEO,
    a public entity, erroneously sued as SAN MATEO COUNTY
13  SHERIFF'S OFFICE and SAN MATEO COUNTY WOMEN'S
    CORRECTIONAL FACILITY, and SHERIFF DON HORSLEY,
14  DEPUTY DAREN SCHOFIELD, CORRECTION OFFICER
    LILLIAN JOHNSON, NOMALEE TILMAN, ROSEMARY
15  TAYLOR, and MAHESH KHILNANI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA FIDLER, et al., | ) | Case No. C04-1404 SC |
| | ) | |
| Plaintiffs, | ) | **STIPULATION RE; DISMISSAL OF** |
| | ) | **ENTIRE ACTION WITH PREJUDICE;** |
| vs. | ) | **ORDER THEREON** |
| | ) | |
| SAN MATEO COUNTY SHERIFF'S | ) | |
| OFFICE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Case No. C04-1404_SC                                            -1-
**STIPULATION RE; DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**

1  IT IS HEREBY STIPULATED by and between plaintiffs LISA FIDLER and RITO RAMIREZ, through their respective counsel of record, that Plaintiffs' Complaint and Amended Complaint and all Causes of Action and Claims for Relief as alleged against Defendants are dismissed with prejudice, and that the parties will bear their own costs and attorneys fees.

Dated: February 3, 2006　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　　RANDALL SCARLETT
　　　　　　　　　　　　　　　　　　　　　　CAL POTTER
　　　　　　　　　　　　　　　　　　　　　　KEVIN MCLEAN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: February 1, 2006　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　　DAVID A. LEVY
　　　　　　　　　　　　　　　　　　　　　　MELISSA M. HOLMES
　　　　　　　　　　　　　　　　　　　　　　DEBORAH PENNY BENNETT
　　　　　　　　　　　　　　　　　　　　　　RICHARD S. LINKERT
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**ORDER**

Good Cause appearing therefore, it is so ordered.

Dated: 2/6/06

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)*

Case No. C04-1404 SC                                    -2-
**STIPULATION RE; DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**